JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/11/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOY A. MILLS,

Plaintiff,

v.

BNSF RAILWAY COMPANY, a wholly-owned subsidiary of Burlington Northern Santa Fe Corporation, a Delaware corporation; and Does 1 through 10, inclusive,

Defendants.

Case No. EDCV14-1988 MWF (DTBx)

*Assigned to:*
*District Judge Michael W. Fitzgerald*
*Magistrate Judge David T. Bristow*

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**

Removal Filed: September 24, 2014
Trial Date:      April 19, 2016

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own attorneys' fees, costs, and expense.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 11, 2015

The Honorable Michael W. Fitzgerald
United States District Judge